UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN TURNER,

    Plaintiff,

v.                                         Case No.  3:15cv287/MCR/CJK

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 2, 2015  (doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §1915(g).

    3.    The Clerk is directed to close the file.

    **DONE AND ORDERED** this 31st day of July, 2015.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**